FILED:  November 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-1887
(5:23-cv-00158-JPB)

———————————

WEST VIRGINIA PARENTS FOR RELIGIOUS FREEDOM; PASTOR CHRIS
FIGARETTI; JUDD UHL, individually and on behalf of their minor children, and
on behalf of others similarly situated

   Plaintiffs - Appellants

 and

ANDREW WALDRON

   Plaintiff

v.

DR. MATTHEW CHRISTIANSEN, in his official capacities as the State Health
Officer and Commissioner of the Bureau of Public Health

   Defendant - Appellee

 and

BELINDA MOSS, in her official capacity as the Principal Administrator of Cheat
Lake Elementary School; MINDY WILSON, in her official capacity as the
Principal Administrator of the Jefferson Elementary Center

   Defendants

―――――――――――――

O R D E R

―――――――――――――

Upon consideration of submissions relative to the motion to file amicus curiae brief, the court denies the motion as premature.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk