# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 17, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.   23-1887,   <u>West Virginia Parents for Religious Freedom v. Matthew Christiansen</u>
                 5:23-cv-00158-JPB

TO:   West Virginia Parents for Religious Freedom
      Judd Uhl
      Chris Figaretti

**JOINT APPENDIX CORRECTION DUE:  November 22, 2023**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **JOINT APPENDIX** entry and select "Corrected" as a modifier. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[✓] All pages of the appendix must be the same file size. Numerous pages in the joint appendix are differing sizes. Please file a corrected joint appendix with consistent page size.

Karen Stump, Deputy Clerk
804-916-2704