FILED: November 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-1887
(5:23-cv-00158-JPB)

———————————

WEST VIRGINIA PARENTS FOR RELIGIOUS FREEDOM; PASTOR CHRIS
FIGARETTI; JUDD UHL, individually and on behalf of their minor children, and
on behalf of others similarly situated

        Plaintiffs - Appellants

 and

ANDREW WALDRON

        Plaintiff

v.

DR. MATTHEW CHRISTIANSEN, in his official capacities as the State Health
Officer and Commissioner of the Bureau of Public Health

        Defendant - Appellee

 and

BELINDA MOSS, in her official capacity as the Principal Administrator of Cheat
Lake Elementary School; MINDY WILSON, in her official capacity as the
Principal Administrator of the Jefferson Elementary Center

        Defendants

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

Response brief due: 01/17/2024

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk