UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

Case No. 23-1887

(5:23-cv-00158-JPB)

---

WEST VIRGINIA PARENTS FOR RELIGIOUS FREEDOM; PASTOR CHRIS FIGARETTI; JUDD UHL, individually and on behalf of their minor children, and on behalf of others similar situated,

   Plaintiffs - Appellants

v.

DR. MATTHEW CHRISTIANSEN, in his official capacity as the State Health Officer; JUSTIN DAVIS, in his official capacity as the Interim Commissioner for the Bureau of Public Health,

   Defendants - Appellees.

---

## APPELLEES' RESPONSE TO MOTION TO FILE AMICUS BRIEF

J. Zak Ritchie
Michael B. Hissam
Maureen Gleason
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
681-265-3802 *office*
zritchie@hfdrlaw.com
mhissam@hfdrlaw.com
mgleason@hfdrlaw.com
*Counsel for Defendants-Appellees*

In response to the Court's call for a response to the motion to file amicus brief filed by Roger Hanshaw, Speaker of the West Virginia House of Delegates, Appellees take no position. Further, Appellees do not object to the movant's subsequent request, made by way of a Federal Rule of Appellate Procedure 28(j) letter filed on February 1, to withdraw a portion of his proposed amicus brief.

Respectfully submitted,

/s/ J. Zak Ritchie
J. Zak Ritchie
Michael B. Hissam
Maureen Gleason
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
681-265-3802 *office*
zritchie@hfdrlaw.com
mhissam@hfdrlaw.com
mgleason@hfdrlaw.com
*Counsel for Defendants-Appellees*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the parties in this case.

             /s/ J. Zak Ritchie
             Counsel for Appellees